**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Lozada*, Slip Opinion No. 2020-Ohio-3756.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-3756

THE STATE OF OHIO, APPELLANT, *v.* LOZADA, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Lozada*, Slip Opinion No. 2020-Ohio-3756.]**

*Judgment reversed on the authority of* State v. Miller *and cause remanded.*

(No. 2019-1250—Submitted July 8, 2020—Decided July 21, 2020.)

APPEAL from the Court of Appeals for Cuyahoga County,

No. 107827, 2019-Ohio-3040.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Miller*, __ Ohio St.3d __, 2020-Ohio-1420, __ N.E.3d __, and the cause is remanded to the court of appeals for consideration of appellee Ricardo Lozada's remaining assignments of error.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, and STEWART, JJ., concur.

FRENCH and DONNELLY, JJ., would instruct the court of appeals to apply *Miller* on remand.

_____

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Gregory Ochocki, Assistant Prosecuting Attorney, for appellant.

Patituce & Associates, L.L.C., Joseph C. Patituce, Megan M. Patituce, and C. Adam Carro, for appellee.

_____